NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————————

**ZUMAR H. DUBOSE,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

———————————————

2024-1486

———————————————

Appeal from the United States District Court for the Eastern District of Pennsylvania in No. 2:23-cv-02107-NIQA, Judge Nitza I. Quiones Alejandro.

--------------------------------------------------

**ZUMAR H. DUBOSE,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

———————————————

2024-1554

———————————————

Appeal from the United States District Court for the Eastern District of Pennsylvania in No. 2:23-cv-02107-NIQA, Judge Nitza I. Quiones Alejandro.

———————————

## ON MOTION

———————————

PER CURIAM.

## O R D E R

Responding to this court's March 26, 2024 show cause order, Zumar H. DuBose moves to transfer the above-captioned appeals.  The United States has not responded.

On August 4, 2023, the district court dismissed Mr. DuBose's case, and the district court's docket identifies January 23, 2024, as the filing date of Mr. DuBose's earliest notice of appeal from the dismissal.

"[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement," *Bowles v. Russell*, 551 U.S. 205, 214 (2007), and, in order to be timely, a notice of appeal in cases involving the United States must generally be filed within 60 days after entry of final judgment, 28 U.S.C. § 2107(b); Fed. R. App. P. 4.  Here, Mr. DuBose's notices of appeal were received by the district court more than 60 days after entry of judgment without any showing that the notices are entitled to an earlier filing date.  *See* Fed. R. App. P. 25(a)(2)(A)(iii).  Thus, this court, and any other court of appeals, lacks jurisdiction over Mr. DuBose's above-captioned appeals such that they must be dismissed.

Accordingly,

IT IS ORDERED THAT:

(1)  The appeals are dismissed.

(2)  All pending motions are denied.

(3)  Each party shall bear its own costs.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

May 20, 2024
Date